Case 20-02133-TPA    Doc 14    Filed 03/23/21    Entered 03/23/21 16:24:34    Desc Main
Document    Page 1 of 2

FILED
3/23/21 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON | : | Case No. 19-24527-TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| MICHAEL K. HERRON | : | Adversary No. 20-2133 |
| *Plaintiff* | : | |
| | : | |
| v. | : | Related to Document No. 5, 11 |
| | : | |
| BANK OF AMERICA N.A. | : | |
| *Defendant* | : | Hearing: April 15, 2021 at 10:00 A.M. |

## ORDER TO SHOW CAUSE

On November 23, 2020, the Court entered its *Pretrial Scheduling Order* at Doc. No.11 ("PTSO") requiring the Plaintiff to file its Pretrial Narrative on or before March 5, 2021. The Plaintiff's Pretrial Narrative was filed on March 5, 2021 at Doc. No. 13. The Defendant's Pretrial Narrative was due on or before **March 19, 2021**:

> (3)    ... **On or before March 19, 2021,** Defendant's portion of the *Pretrial Statement* shall be finalized and served on all Parties with a copy filed with the Court ...

Much to the disappointment of the Court, Defendant has yet to file the required Pretrial Narrative. Such failure can also have a negative impact on the filing of the Consolidated Pretrial Statement, which is due to be filed on or before April 2, 2021.

1

*AND NOW*, this **23rd** day of **March, 2021,** it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** ("Order") is issued against **Thomas Song, Esq.,** Counsel for the Defendant, requiring him to ***personally*** appear and show cause as to why he should not be sanctioned, in form of a monetary sanction or otherwise, for failure to comply with this Court's *Order* dated November 23, 2020 filed at Document No. 11 requiring the Defendant's portion of the Pretrial Statement to be filed, is scheduled for **April 15, 2021** at **10:00 A.M** to be held by the **Zoom Video Conference Application**. The Parties must comply with **Judge Agresti's Temporary Modified Appearance Procedures** which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

(3) If, **on or before March 29, 2021**, Defendant's Counsel properly complies with the prior *Order* as indicated above, by filing Defendant's portion of the *Pretrial Statement*, the hearing scheduled above ***may*** be cancelled.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Thomas Song, Esq.
    Aurelius Robleto, Esq.

2