Case 20-02133-TPA    Doc 19    Filed 04/15/21    Entered 04/15/21 14:59:21    Desc Main
Document      Page 1 of 1

Filed
4/15/21 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| Michael K. Herron | : | Adversary No.: | 20-02133-TPA |
| *Plaintiff(s).* | : | | |
| | : | Date: | 4/15/2021 |
| BANK OF AMERICA N.A | : | Time: | 10:30 |
| *Defendant(s).* | : | | |

## PROCEEDING MEMO

**MATTER**   #14 OTSC for failure to file Pretrial Statement
*(Thomas Song, Esq. to personally appear)*

#15 Motion to Extend Time to File Consolidated Pretrial Statement

**APPEARANCES:**
Plaintiff(s):   Aurelius P. Robleto
Defendant(s):  Thomas Song

**NOTES:**

Song:   Phelan Hallinan closed abruptly. They were supposed to be cleaning up and transitioning the file. I would request to be removed from this case as counsel.

J.:   Counsel's oral request to be withdrawn is granted. The consolidated pretrial statement will be waived and we will proceed to trial.

**OUTCOME:**   Chambers to enter order.

jlm