# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Adversary No. 20-02133-TPA |
| MICHAEL K. HERRON, | Related to Bankr. No. 19-24527-TPA |
|     Debtor. | |
| ------------------------------------------------- | Chapter 11 |
| MICHAEL K. HERRON, | |
|     Plaintiff, | Related to Doc. Nos. 28, 29 |
| v. | Document No. _____ |
| BANK OF AMERICA, N.A., | |
|     Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER JUDGMENT ORDER

Upon consideration of the Debtors' Motion to Reconsider Judgment Order, and notice appearing appropriate, and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that, upon consideration of the Motion, and reconsideration of the Judgment Order entered in this Adversary Proceeding on May 11, 2021 at docket number 28, the Court reaffirms its determination in the Judgment Order; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Entered:

                                                              Thomas P. Agresti,
                                                              United States Bankruptcy Judge