FILED
5/14/21 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| MICHAEL K. HERRON | : | Case No.  19-24527-TPA |
| *Debtor(s)* | : | Chapter 11 |
| MICHAEL K. HERRON, | : | Adversary No. 20-2133-TPA |
| | : | Related to Doc No. 5, 8, 28, 29 |
| *Plaintiff(s)* | : | |
| v. | : | |
| BANK OF AMERICA, N.A., | : | Hearing: June 3, 2021 at 11:30 A.M. |
| *Defendant(s)* | : | |

**ORDER SETTING TRIAL**

**AND NOW,** this **14th** day of **May, 2021,** in light of the **Motion to Reconsider Judgment Order** filed by the Debtor on May 13, 2021 (Doc. 29) which states the Debtor's appraisal values the subject property at $525,000 which is inconsistent with the Debtor's offer of proof submitted at the May 11, 2021 trial, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   The **Judgment Order** issued on May 11, 2021 (Doc. 28) is **VACATED.**

(2)   A trial on the **Amended Complaint to Determine Secured Status** (Doc. 5) and the **Answer of Bank of America, N.A. to the Plaintiff's Complaint to Determine Secured Status** (Doc. 8) is scheduled via the **Zoom Video Conference Application** for **June 3**, **2021** at **11:30 A.M.**

(3) ***Appearances:*** All those Parties and Attorneys intending to appear must participate remotely by using the Zoom Video Conference Application (hereinafter "Zoom").

(4) ***Accessing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following to access the Zoom Hearing: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

(5) ***Notice of this Order:*** The Plaintiff shall ***immediately*** serve this Order on all interested Parties by U.S mail, fax, and direct email (separate from CM/ECF), as available, and immediately file a ***certificate of service.***

_____
Thomas P. Agresti, Judge      jlm
United States Bankruptcy Court