# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>   MICHAEL K. HERRON,<br><br>         Debtor.<br>---------------------------------------------------------<br>   MICHAEL K. HERRON,<br><br>         Plaintiff,<br><br>              v.<br><br>   BANK OF AMERICA, N.A.<br><br>         Defendant. | Adv. Proc. No. 20-2133-TPA<br><br>Related to Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No.   31 |

## CERTIFICATE OF SERVICE OF ORDER SETTING TRIAL

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 17, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: U.S. Mail and electronic notification via the Court's ECF Notification System.

EXECUTED ON: May 17, 2021             Respectfully submitted,

                                       By:   /s/  Aurelius P. Robleto
                                             Aurelius P. Robleto, Esq.
                                             PA ID No. 94633
                                             ROBLETO KURUCE, PLLC
                                             6101 Penn Avenue, Suite 201
                                             Pittsburgh, PA 15206
                                             Tel: (412) 925-8194
                                             Fax: (412) 346-1035
                                             apr@robletolaw.com
                                             rmk@robletolaw.com

                                             *Attorneys for Plaintiff*

**20-02133-TPA Notice will be electronically mailed to:**

Aurelius P. Robleto on behalf of Plaintiff Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com


**20-02133-TPA Notice by U.S. Mail to:**

Bank of America, N.A.
PO Box 15312
Wilmington, DE 19850-5312


Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant St., Ste. 300
Pittsburgh, PA 15219


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106


ALDRIDGE PITE, LLP
4375 Jutland Dr., Suite 200
P.O. Box 17933
San Diego, CA 92117-0933