# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael K. Herron,                                    CHAPTER 11

                                 ADV PROC NO: 20-02133-TPA

              Plaintiff

                                 BKY. NO. 19-24527 TPA

v.

Bank of America, N.A.

              Defendant

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

              Respectfully submitted,

              /s/ Brian C. Nicholas, Esq.

              Brian C. Nicholas, Esq. (317240)
              Maria D. Miksich, Esq. (319383)
              Rebecca A. Solarz, Esq. (315936)
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              412-430-3594
              bkgroup@kmllawgroup.com