FILED
6/4/21 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 19-24527-TPA |
|---|---|---|---|
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| Michael K. Herron | : | Adversary No.: | 20-02133-TPA |
| *Plaintiff(s).* | : | | |
| | : | Date: | 6/3/2021 |
| BANK OF AMERICA N.A | : | Time: | 11:30 |
| *Defendant(s).* | : | | |

### PROCEEDING MEMO

**MATTER**   #5 Trial on Amended Complaint to Determine Secured Status

#29 Motion to Reconsider Judgment Order

**APPEARANCES:**
Plaintiff(s):   Aurelius P. Robleto
Defendant(s):   Brian Nicholas

**NOTES:**

Robleto:   We had a productive email exchange. The value is resolved, and we expect to present it to the court if not this week next week.

Nicholas:   There were some issues with the Phelan Law Firm closing. We have been engaged with Debtors counsel. We have proposed modification terms to them. We are waiting for a yes or no.

**OUTCOME:**   Chambers to enter order requiring consent order on or before June 17, 2021.

*[signature]*

jlm