IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON | : | Case No. 19-24527-TPA |
| *Debtor(s)* | : | Chapter 11 |
| MICHAEL K. HERRON, | : | Adversary No. 20-2133-TPA |
| | : | Related to Doc No. 5, 8, 28, 29 |
| *Plaintiff(s)* | : | |
| v. | : | |
| BANK OF AMERICA, N.A., | : | |
| *Defendant(s)* | : | |

## ORDER

**AND NOW,** this **4th** day of **June, 2021**, for the reasons stated at the June 3, 2021 hearing on the **Motion to Reconsider Judgment Order** filed by the Debtor on May 13, 2021 (Doc. 29) and in light of the agreement of the Parties, it is hereby **ORDERED, ADJUDGED and DECREED** that **on or before June 17, 2021,** the Parties shall file a proposed consent order resolving the above-captioned adversary proceeding.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Aurelius Robleto, Esq.
    Brian Nicholas Esq.
    Debtor