FILED
6/4/21 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON | : | Case No. 19-24527-TPA |
| | : | |
| *Debtor(s)* | : | Chapter 11 |
| | : | |
| MICHAEL K. HERRON, | : | Adversary No. 20-2133-TPA |
| | : | Related to Doc No. 5, 8, 28, 29 |
| *Plaintiff(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| | : | |
| *Defendant(s)* | : | |

## ORDER

*AND NOW,* this *4th* day of *June, 2021*, for the reasons stated at the June 3, 2021 hearing on the *Motion to Reconsider Judgment Order* filed by the Debtor on May 13, 2021 (Doc. 29) and in light of the agreement of the Parties, it is hereby **ORDERED, ADJUDGED and DECREED** that *on or before June 17, 2021,* the Parties shall file a proposed consent order resolving the above-captioned adversary proceeding.

Thomas P. Agresti, Judge   jlm
United States Bankruptcy Court

Case Administrator to serve:
  Aurelius Robleto, Esq.
  Brian Nicholas Esq.
  Debtor

United States Bankruptcy Court
Western District of Pennsylvania

Herron,
    Plaintiff

BANK OF AMERICA N.A,
    Defendant

Adv. Proc. No. 20-02133-TPA

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1
Date Rcvd: Jun 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

**Recip ID    Recipient Name and Address**
pla     + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

**Name    Email Address**

Aurelius P. Robleto
    on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com

TOTAL: 2