FILED
6/21/21 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>Debtor.<br>--------------------------------------------<br>MICHAEL K. HERRON,<br>Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.,<br>Defendant. | Adv. Proc. No. 20-02133<br><br>Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 37 , 39<br><br>Doc. No. _____ |

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR EXTENSION OF TIME TO FILE PROPOSED STIPULATED ORDER

Upon consideration of the Plaintiff's Motion for an Extension of Time to File Proposed Stipulated Order (the "*Motion*") and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time within which the parties must file a Proposed Stipulated Order is hereby extended from June 17, 2021 to July 1, 2021; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ORDERED that no more extensions will be granted and if not settled by July 1, 2021, the Court will set for immediate trial.

Dated: June 21, 2021

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court