Filed
6/21/21 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re:<br><br>  MICHAEL K. HERRON,<br><br>      Debtor.<br>---------------------------------------------------------<br>MICHAEL K. HERRON,<br><br>    Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Adv. Proc. No. 20-02133<br><br>Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br><br>Related to Doc. No.  37 , 39<br><br>Doc. No. _____ |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE PROPOSED STIPULATED ORDER**

Upon consideration of the Plaintiff's Motion for an Extension of Time to File Proposed Stipulated Order (the "*Motion*") and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time within which the parties must file a Proposed Stipulated Order is hereby extended from June 17, 2021 to July 1, 2021; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ORDERED that no more extensions will be granted and if not settled by July 1, 2021, the Court will set for immediate trial.

Dated: June 21, 2021

_____
Thomas P. Agresti, Judge          **jlm**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

Herron,

    Plaintiff                                                      Adv. Proc. No. 20-02133-TPA

BANK OF AMERICA N.A,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + BANK OF AMERICA N.A, Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, Pa 15219-4408 |
| pla | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 21 2021 23:49:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 21 2021 23:49:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jun 21 2021 23:49:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021                       Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

District/off: 0315-2                         User: aala                                      Page 2 of 2
Date Rcvd: Jun 21, 2021                      Form ID: pdf900                                 Total Noticed: 5

**Name**                      **Email Address**

Aurelius P. Robleto

                              on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
                              rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

                              on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com


TOTAL: 2