**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael K. Herron<br>　　　　　Debtor(s)<br><br>Michael K. Herron<br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., its successors and/or assigns<br>　　　　　Defendant | Adv. Proc. No: 20-02133<br>BK NO. 19-24527 TPA<br><br>Chapter 11<br><br>Related to Document No. 37, 40<br><br>Hearing Date: 7/30/2020 |

## CONSENT ORDER RESOLVING ADVERSARY PROCEEDING

**WHEREAS**, Plaintiff/Debtor, Michael K. Herron (hereinafter "Herron" or "Plaintiff", filed this Chapter 11 case on November 21, 2019; and

**WHEREAS**, on January 27, 2020, Defendant/Secured Creditor Bank of America, N.A. (hereinafter "BOA") filed a secured proof of claim (Claim No. 8) asserting a total owed of $544,722.02 on a mortgage secured by real property located at 1132 SE Kings Bay Drive, Crystal River, Florida 34429 (hereinafter "Kings Bay Property"); and

**WHEREAS**, Herron filed this Adversary Proceeding on August 31,2020 against Defendant, BANK OF AMERICA, N.A. seeking a determination of the Kings Bay Property; and

**WHEREAS**, BOA filed an answer to the Adversary Proceeding on September 15, 2020; and

**WHEREAS**, the parties have amicably resolved the dispute; and

**IT IS** on this _____ day of July, 2021,

**ORDERED** that the value of the real property located at 1132 SE Kings Bay Drive, Crystal River, Florida 34429 shall be set at $525,000; and

**IT IS FURTHER ORDERED** that Bank of America, N.A. shall have a valid secure claim against the debtor and the Kings Bay Property; and

**IT IS FURTHER ORDERED** that the loan shall be modified pursuant to the following terms:

　　　　Unpaid Principal Balance: $525,000.00[1]
　　　　Interest Rate: 5%
　　　　Term: 30 years

---

[1] Bank of America, at its sole discretion, may set up the modification in its system of record as a lower UPB with approximately $16,000 in escrow owed so long as the total of the combined UPB and escrow owed does not exceed $525,000 at the time the modification is set-up.

      **IT IS FURTHER ORDERED** that Herron shall maintain flood insurance on the Kings Bay Property and shall provide proof of same to BOA on at least an annual basis; and

      **IT IS FURTHER ORDERED** that in the event of dismissal of the Bankruptcy Case or conversion to Chapter 7 the terms of the original mortgage shall control as if this Order were not entered; and

      **IT IS FURTHER ORDERED** that this Adversary Proceeding is hereby dismissed with prejudice and without costs to either party; and

      **IT IS FURTHER ORDERED** that is Adversary Proceeding is hereby closed.

**Consented and Agreed to By:**

| | |
|---|---|
| **/s/ Brian Nicholas, Esquire** | /s/ Aurelius Robleto |
| Brian Nicholas, Esquire | Aurelius Robleto, Esquire |
| Attorney I.D. No. 317240 | PA ID: 94633 |
| KML Law Group, P.C. | ROBLETO KURUCE, PLLC |
| 701 Market Street, Suite 5000 | 6101 Penn Ave, Suite 201 |
| Philadelphia, PA 19106 | Pittsburgh, PA 15206 |
| Phone: 412-430-3594 | Tel: 412-925-8194 |
| bnicholas@kmllawgroup.com | Fax: 412-346-1035 |
| Attorney for Defendant/Creditor, | apr@robletolaw.com |
| Bank of America, N.A. | Attorney for Debtor/Plaintiff, |
| | Michael K. Herron |
| Dated: July 1, 2021 | Dated: July 1, 2021 |

      **REVIEWED AND APPROVED BY:**

      **Honorable Thomas P. Agresti, Judge**
      **United States Bankruptcy Court**