FILED
7/6/21 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael K. Herron<br>　　　　　Debtor(s) | Adv. Proc. No: 20-02133<br>BK NO. 19-24527 TPA<br><br>Chapter 11 |
| Michael K. Herron<br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., its successors and/or assigns<br>　　　　　Defendant | Related to Document No. 37, 40, 42<br><br>Hearing Date: 7/30/2020 |

## CONSENT ORDER RESOLVING ADVERSARY PROCEEDING

**WHEREAS**, Plaintiff/Debtor, Michael K. Herron (hereinafter "Herron" or "Plaintiff", filed this Chapter 11 case on November 21, 2019; and

**WHEREAS**, on January 27, 2020, Defendant/Secured Creditor Bank of America, N.A. (hereinafter "BOA") filed a secured proof of claim (Claim No. 8) asserting a total owed of $544,722.02 on a mortgage secured by real property located at 1132 SE Kings Bay Drive, Crystal River, Florida 34429 (hereinafter "Kings Bay Property"); and

**WHEREAS**, Herron filed this Adversary Proceeding on August 31, 2020 against Defendant, BANK OF AMERICA, N.A. seeking a determination of the Kings Bay Property; and

**WHEREAS**, BOA filed an answer to the Adversary Proceeding on September 15, 2020; and

**WHEREAS**, the parties have amicably resolved the dispute; and

**IT IS** on this ___6th___ day of July, 2021,

**ORDERED** that the value of the real property located at 1132 SE Kings Bay Drive, Crystal River, Florida 34429 shall be set at $525,000; and

**IT IS FURTHER ORDERED** that Bank of America, N.A. shall have a valid secure claim against the debtor and the Kings Bay Property; and

**IT IS FURTHER ORDERED** that the loan shall be modified pursuant to the following terms:

　　Unpaid Principal Balance: $525,000.00[1]
　　Interest Rate: 5%
　　Term: 30 years

---

[1] Bank of America, at its sole discretion, may set up the modification in its system of record as a lower UPB with approximately $16,000 in escrow owed so long as the total of the combined UPB and escrow owed does not exceed $525,000 at the time the modification is set-up.

**IT IS FURTHER ORDERED** that Herron shall maintain flood insurance on the Kings Bay Property and shall provide proof of same to BOA on at least an annual basis; and

**IT IS FURTHER ORDERED** that in the event of dismissal of the Bankruptcy Case or conversion to Chapter 7 the terms of the original mortgage shall control as if this Order were not entered; and

**IT IS FURTHER ORDERED** that this Adversary Proceeding is hereby dismissed with prejudice and without costs to either party; and

**IT IS FURTHER ORDERED** that is Adversary Proceeding is hereby closed.

**Consented and Agreed to By:**

/s/ **Brian Nicholas, Esquire**
Brian Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
bnicholas@kmllawgroup.com
Attorney for Defendant/Creditor,
Bank of America, N.A.

Dated: July 1, 2021

/s/ Aurelius Robleto
Aurelius Robleto, Esquire
PA ID: 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave, Suite 201
Pittsburgh, PA 15206
Tel: 412-925-8194
Fax: 412-346-1035
apr@robletolaw.com
Attorney for Debtor/Plaintiff,
Michael K. Herron

Dated: July 1, 2021

REVIEWED AND APPROVED BY:

_____
Honorable Thomas P. Agresti, Judge
United States Bankruptcy Court

The Clerk shall close
   this Adversary

United States Bankruptcy Court

Western District of Pennsylvania

Herron,
    Plaintiff

Adv. Proc. No. 20-02133-TPA

BANK OF AMERICA N.A,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jul 06, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BANK OF AMERICA N.A, Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, Pa 15219-4408 |
| pla | + | Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 07 2021 02:54:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 07 2021 02:54:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jul 07 2021 02:54:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

District/off: 0315-2 User: aala Page 2 of 2
Date Rcvd: Jul 06, 2021 Form ID: pdf900 Total Noticed: 5

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com |

TOTAL: 2